# Veritext Midwest

1100 Superior Avenue, Suite 1820
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569



| Bill To: | Tracy Brockway<br>Cleveland Clinic Law Department<br>3050 Science Park Dr<br>AC321<br>Beachwood, OH, 44122-7316 | | Invoice #: | OH2338753 |
|---|---|---|---|---|
| | | | Invoice Date: | 6/3/2015 |
| | | | Balance Due: | $0.00 |

| Case: | Lasher, Jodi v. Medina Hospital, et al. | Billing #: | 2015-4493 |
|---|---|---|---|
| Job #: | 2074064 | Job Date: 5/26/2015 | Delivery: Normal | | |
| Billing Atty: | Matthew J. Donnelly | | |
| Location: | Frantz Ward LLP | | |
| | 200 Public Square | Suite 3000 | Cleveland, OH 44114-1230 | | |
| Sched Atty: | Michael N. Chesney | Frantz Ward LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jodi Lasher | Original Transcript | Page | 412.00 | $3.45 | $1,421.40 |
| | Exhibits | Per Page | 118.00 | $0.08 | $9.44 |
| | Litigation Package | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $9.00 | $9.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,464.84 |
| Payment: | ($1,464.84) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information


DEFENDANT'S
EXHIBIT
B

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | OH2338753 |
|---|---|
| Job #: | 2074064 |
| Invoice Date: | 6/3/2015 |
| Balance: | $0.00 |

# COURT REPORTERS INC

# Invoice

**Akron**
330-666-9800

**Canton**
330-452-2400

**Cleveland**
216-621-6969

**Toll Free: 1-800-804-7787**       **Fax: 330-666-9833**

**Web site: www.courtreportersinc.com**

| Date | Invoice # |
|------|-----------|
| 7/1/2015 | 150525 |
| | **Terms** |
| | Due Upon Receipt |

**Bill To**

MICHAEL N. CHESNEY, ESQ.
FRANTZ WARD LLP
200 PUBLIC SQUARE, STE. 3000
CLEVELAND, OH 44114

| Reference # | Reporter |
|-------------|----------|
| 060315 | MAR |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 6/3/2015 | Jodi Lasher v Medina Hospital et al<br>Deposition of Mallory L Houdek<br>Original Transcript via etran<br>Copy of Exhibits via etran<br>Signature Processing Fee<br><br>(CR: H Nilges 150486) | 792.00<br>28.50<br>20.00 |

*(Formerly Court Reporters of Akron, Canton and Cleveland)*

| | | |
|---|---|---|
| **PLEASE NOTE NEW NAME AND EIN:**<br>**Court Reporters, Inc.**<br>**Federal ID 32-0369298** | We accept payment by credit card, add 3%. | **Total** $840.50 |

Should it become necessary to settle your account via collections, a 35% surcharge will be added to your balance.

Remit to:   **221 Springside Drive**
**Akron, OH 44333**

# COURT REPORTERS INC

# Invoice

**Akron**
330-666-9800

**Canton**
330-452-2400

**Cleveland**
216-621-6969

Toll Free: 1-800-804-7787    Fax: 330-666-9833
Web site: www.courtreportersinc.com

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | 150518 |
| | Terms |
| | Due Upon Receipt |

| Bill To |
|---------|
| MICHAEL N. CHESNEY, ESQ.<br>FRANTZ WARD LLP<br>200 PUBLIC SQUARE, STE. 3000<br>CLEVELAND, OH 44114 |

| Reference # | Reporter |
|-------------|----------|
| 060215 | BPM |

| Date Taken | Description | Amount |
|------------|-------------|--------|
| 6/2/2015 | Jodi Lasher v Medina Hospital et al<br>Depositions of William CJohansen, Tonya K Martin, Tracie L Curtis, Ann DiLiberto and Andrea J DeStefanis<br>Original Transcripts via etran<br>Signature Processing Fees<br>Copy of Exhibits via etran<br><br>(CR: H Nilges 150446) | 736.00<br>50.00<br>18.50 |

(Formerly Court Reporters of Akron, Canton and Cleveland)

**PLEASE NOTE NEW NAME AND EIN:**
**Court Reporters, Inc.**
**Federal ID 32-0369298**

We accept payment by credit card, add 3%.

| **Total** | $804.50 |
|-----------|---------|

Should it become necessary to settle your account via collections, a 35% surcharge will be added to your balance.

**Remit to:   221 Springside Drive**
**Akron, OH 44333**